MEMORANDUM OPINION

 

No. 04-11-00226-CV

 

Daniel KOTORA,

Appellant

 

v.

 

Candice MUSTER,

Appellee

 

From the 45th
Judicial District Court, Bexar County, Texas

Trial Court No. 2010-CI-14174

Honorable Barbara
Hanson Nellermoe, Judge Presiding

 

PER CURIAM

 

Sitting:          Phylis J.
Speedlin, Justice

                     Rebecca
Simmons, Justice

                     Steven
C. Hilbig, Justice

 

Delivered and
Filed:  May 25, 2011

 

REVERSED AND
REMANDED

 

The parties have filed a
joint motion asking this court to reverse the judgment of the trial court and
to remand the case back to the trial court for entry of an agreed judgment.  The
motion is granted.  As agreed by the parties, without consideration of the
merits, we reverse the trial court’s judgment, and remand the case to the trial
court for implementation of the settlement agreement and entry of an agreed
take nothing judgment.  Tex. R. App. P.
42.1(a)(2)(B), 43.2(d); Caballero v. Heart of Tex. Pizza, L.L.C., 70
S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.).  Costs of appeal are
taxed against appellant.  See Tex.
R. App. P. 42.1(d). 

PER
CURIAM